MARIE HEUKELEKIAN and HOVHANNES HEUKELEKIAN, Appellants, v. THE PENNSYLVANIA RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

FANNIE ANTOINETTE BULLOCK, Respondent, v. WILLIAM G. BULLOCK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENNIE BEAVER, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JACOB SCHARGEL, Guardian ad Litem of BERTHA SCHARGEL, Appellant, v. HENRY BRESSLER, Respondent.— Judgment modified by striking out the provision for costs and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HIRAM GOLDBERG and Others, Respondents, v. NEW YORK CENTRAL RAILROAD COMPANY and LOUIS LIEBMAN, Appellants.— Judgment, so far as it relates to defendant Louis Liebman affirmed, with costs, and the action severed, and judgment so far as it relates to defendant New York Central Railroad Company, reversed and a new trial ordered as to said defendant, with costs to said appellant to abide the event, upon the ground that the verdict as to the defendant railroad company was against the weight of the evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FRANK J. POWERS, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order reversed, with costs and disbursements, and the verdict reinstated. No opinion. Present — Dowling, P. J., Merrell, Martin, OMalley, and Proskauer, JJ.

SARAH COHEN, Respondent, v. DUGAN BROS., INC., a Domestic Corporation, and HYMAN DUBIN, Appellants.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $1,662.85; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [132 Misc. 896.]

PETER HANLEY, Appellant, v. CHARLES J. SMITH, Respondent.*— Order reversed, with costs and disbursements, and the verdict reinstated. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MABEL CLARK, Respondent, v. NEW YORK HOTEL STATLER CO., INC., Appellant. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Dowling, P. J., and Proskauer, J., dissent.

AMY MENKE, Appellant, Respondent, v. 136 EAST THIRTY-SIXTH STREET CORPORATION and WILLIAM H. PECKHAM, Respondents, Appellants.— Order affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.